UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

JUN 2 4 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA
Plaintiff

vs

SCOTT SCHUNZEL
Defendant

Case No: **24-6294-MJ-STRAUSS**

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a **SEALED COMPLAINT** filed in the Southern District of New York.

UPON ORAL motion of the government in open court that the **SEALED COMPLAINT** be unsealed as to this defendant, it is hereby ORDERED AND ADJUDGED that the **Sealed Complaint** be unsealed as to all defendants in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 24th day of June, 2024.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record